*Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Fein, Kassal and Ellerin, JJ.

■ PHARRIS WILLIAMS, Petitioner, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.—Petition to annul determination of the State Human Rights Appeal Board, dated November 23, 1982, unanimously dismissed as untimely, without costs and without disbursements. Were we not dismissing as untimely, we would confirm the determination and dismiss the petition. No opinion. Concur—Sullivan, J. P., Asch, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACINTO ORTIZ, Appellant.—Judgment, Supreme Court, Bronx County (William Wallace, J.), rendered on November 19, 1984, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sandler, Ross, Carro and Wallach, JJ.

■ AVROM R. VANN, Respondent, v KREINDLER, RELKIN & GOLDBERG et al., Appellants.—Order and judgment (one paper), Supreme Court, Bronx County (Herbert Shapiro, J.), entered on April 25, 1985, unanimously affirmed, for the reasons stated by Shapiro, J. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur —Kupferman, J. P., Sandler, Ross, Carro and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT HURLEY, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on September 7, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Ross, Carro and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on October 18, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is